IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Regina Broome, doing business as Allinone, Aisha Hopkins, Antwan Hopkins, Deshawn Kelley, Tina Saldona, North Main Meat Market & Ice Cream Parlor, and Allinone & Employees,<br><br>                  Plaintiffs,<br><br>v.<br><br>Wells Fargo NA, Wells Fargo and Company, Wells Fargo Bank, Wells Fargo Company, Wells Fargo Bank, Company N.A., and Wells Fargo Bank, Group,<br><br>                  Defendants. | Case No. 3:20-2095-SAL<br><br><br>**ORDER** |

      This matter is before the Court for review of the July 13, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Shiva V. Hodges, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e) (D.S.C.). In the Report, the Magistrate Judge recommends the Defendants' Motion to Dismiss be granted.

      The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record

in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

The arguments contained in Plaintiffs' Objection to the Report and Recommendation, [ECF No. 17], do not specifically address any particular portion of the Report. The Plaintiffs fail to specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. Accordingly, the Court finds that it is not charged with making any de novo determinations. After a thorough review of the Report, the appliable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Defendants' Motion to Dismiss, [ECF No. 7.] is GRANTED.

IT IS SO ORDERED.

September 24, 2020  
Florence, South Carolina

/s/Sherri A. Lydon  
Sherri A. Lydon  
United States District Judge